AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 02, 2020

SEAN F. McAVOY, CLERK

EMMANUEL ROY,

*Plaintiff*

v.

PIONEER HUMAN RESOURCES, INC; SPOKANE RESIDENTIAL REENTRY CENTER; DAN SIEGLER; CARLOS SOLOZAR; and SUSAN JOHNSON-CONNERS,

*Defendant*

Civil Action No.   2:20-CV-235-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Remand is DENIED. Defendants' Motion to Dismiss is GRANTED IN PART with respect to dismissal of all of Plaintiff's claims and dismissal with prejudice and without leave to amend of Plaintiff's false imprisonment, breach of statutory duties, and fraud claims. The Court DENIES IN PART Defendants' Motion by dismissing Plaintiff's malicious abuse of process, false arrest, tortious interference with employment, retaliation/negligence, and failure to train or supervise claims without prejudice and with leave to amend, rather than dismissing those claims with prejudice as requested by Defendants. Judgment of dismissal is entered with respect to Plaintiff's false imprisonment, breach of statutory duties, and fraud claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Malouf Peterson   on motions to remand and to dismiss.

Date:   November 2, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza